FILED
JUL 1 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8629

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>Sergio VENEGAS-<br>    Martin Del Campo,<br><br>    Defendant. | Magistrate Case No.:<br><br>COMPLAINT FOR VIOLATION OF<br><br>21 U.S.C. § 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about July 12, 2008, within the Southern District of California, defendant Sergio VENEGAS-Martin Del Campo, did knowingly and intentionally import approximately 22.82 kilograms (50.20 pounds) of cocaine a schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Section 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

                                 Paul Lewenthal, Senior Special Agent
                                 U.S. Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence this 14th day of July 2008.

                                 PETER C. LEWIS
                                 U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
            v.
Sergio VENEGAS-Martin Del Campo

## STATEMENT OF FACTS

This complaint is based on the reports, documents, and notes furnished to U.S. Immigration and Customs Enforcement Special Agent Paul Lewenthal.

On July 12, 2008, at approximately 1325 hours, Sergio VENEGAS-Martin Del Campo attempted to enter into the United States at the Calexico, California, West Port of Entry, from the Republic of Mexico. VENEGAS was the driver, sole occupant, and registered owner of a 2003 Mitsubishi Montero bearing California license plates 6DNP744.

Canine Enforcement Officer (CEO) J. Jones was conducting a preprimary inspection with his canine and inspected VENEGAS' vehicle as VENEGAS presented himself for inspection. The canine gave a positive alert to the rear seat area. CEO Jones informed Customs and Border Protection Officer (CBPO) Navarro of the alert. VENEGAS was escorted into the secondary inspection office and his vehicle was driven to the secondary vehicle lot.

As VENEGAS was being walked to the secondary inspection office, CBPO Mendibles received a negative Customs declaration from VENEGAS. CBPO Mendibles asked VENEGAS who owned the vehicle. VENEGAS told CBPO Mendibles the vehicle belonged to him. CBPO Mendibles inspected the interior of the vehicle where he located

two access plates leading to the gas tank. CBPO Mendibles removed the access plates and discovered twenty (20) packages inside the gas tank. A package was probed by CBPO Mendibles revealing a white powdery substance, which field-tested positive for cocaine. The total weight of the cocaine packages was 22.82 kilograms (50.20 pounds).

VENEGAS was arrested for importation of cocaine into the United States. VENEGAS was advised of his rights, in Spanish, by Special Agent P. Lewenthal. VENEGAS stated he understood his rights and agreed to answer questions without the presence of an attorney. VENEGAS admitted knowledge of the cocaine concealed in the vehicle stating he was going to be paid $2,000.00 to smuggle the cocaine to Calexico, California.

VENEGAS was transported to the Imperial County Jail to await his Initial Appearance before a U. S. Magistrate Judge in El Centro, California.