FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2627-LAB |
| Plaintiff, ) | I N F O R M A T I O N |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine |
| SERGIO VENEGAS-MARTIN DEL CAMPO, ) | (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about July 12, 2008, within the Southern District of California, defendant SERGIO VENEGAS-MARTIN DEL CAMPO, did knowingly and intentionally import approximately 22.82 kilograms (50.20 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 7, 2008.

KAREN P. HEWITT
United States Attorney

CHARLOTTE E. KAISER
Assistant U.S. Attorney

CEK:jam:Imperial
8/6/08