AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

FILED
AUG - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _EF_ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SERGIO VENEGAS-MARTIN<br>DEL CAMPO | **WAIVER OF INDICTMENT**<br><br>CASE NUMBER:<br>08mJ8629  08CR2627-LAB |

I, SERGIO VENEGAS-MARTIN DEL CAMPO, the above named defendant, who is accused of committing the following offense:

> Importation of Cocaine, in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __8/07/08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_SERGIO S. VENEGAS_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
     Judicial Officer